# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID KEOWN and DIANA ANGUS**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **INTERNATIONAL ASSOCIATION OF SHEET METAL AIR RAIL TRANSPORTATION WORKERS**, <br><br> Defendant. | Case No. 1:23-cv-03570 <br><br> Judge Christopher R. Cooper |

## JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's January 29, 2025 Order, the Parties submit to the Court a joint status report regarding their mediation and settlement efforts.

On February 28, 2025, the Parties attended mediation with the Honorable David E. Jones (Ret.) of Resolute Systems, LLC, a well-respected mediator with experience in data breach class action mediation. While the Parties were unable to reach a settlement during the scheduled mediation session, the Parties, with the help of a mediator's proposal, were able to reach a settlement in principle and are currently working to finalize the Settlement Agreement. As such, the Parties request that Plaintiffs have until April 29, 2025 to continue negotiating the specific terms of the settlement and file a motion seeking preliminary approval of the same.

Dated: March 13, 2025                    Respectfully Submitted,

*/s/ David K. Lietz*
David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

Mason Barney (*pro hac vice* to be filed)
Tyler Bean (*pro hac vice* to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com

*Counsel for Plaintiffs and the Proposed Class*

*/s/ David M. Ross*
David M. Ross (D.C. Bar No. 461733)
Daniel R. Coffman (D.C. Bar No. 1780994)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
1500 K. Street, N.W., Suite 330
Washington, DC 20005
202.626.7687
202.628.3606 (Facsimile)
david.ross@wilsonelser.com
daniel.coffman@wilsonelser.com

*Attorneys for Defendant International Association of Sheet Metal Air Rail Transportation Workers*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with the Clerk of the Court on March 13, 2025 by operation of the Court's electronic filing system, which sent notification of such filing to the interested parties via electronic mail.

                                                */s/ David K. Lietz*
                                                David K. Lietz