UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID KEOWN and DIANA ANGUS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>INTERNATIONAL ASSOCIATION OF SHEET METAL AIR RAIL TRANSPORTATION WORKERS,<br><br>      Defendant. | Case No.: 1:23-cv-03570-CRC |

**PLAINTIFFS' UNOPPOSED MOTION FOR
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

      PLEASE TAKE NOTICE that Plaintiffs David Keown and Diana Angus, individually and on behalf of the putative class, under Rule 23 of the Federal Rules of Civil Procedure, respectfully move the Court for Final Approval of the Class Action Settlement, for entry of the Final Approval Order and Judgment attached hereto, and for an award of attorneys' fees, expenses, and service awards for the reasons outlined in Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. No. 26) and Memorandum in Support (Dkt. No. 26-1). Proposed Settlement Class Counsel conferred with Defendant's counsel regarding the relief requested herein and confirmed that Defendant does not oppose this Motion.

      The Parties will make themselves available to address any questions the Court may have at the September 9, 2025 Final Approval hearing.

| | |
|---|---|
| Dated: August 26, 2025 | By: */s/ David K. Lietz*<br>David K. Lietz<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>5335 Wisconsin Avenue NW, Suite 440<br>Washington, D.C. 20015-2052<br>Tel: (866) 252-0878<br>Fax: (202) 686-2877<br>dlietz@milberg.com<br><br>Tyler J. Bean (*pro hac vice*)<br>**SIRI & GLIMSTAD LLP**<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151<br>T: (212) 532-1091<br>tbean@sirillp.com<br><br>*Proposed Settlement Class Counsel* |

## CERTIFICATE OF SERVICE

I, David K. Lietz, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 26th day of August, 2025

By: */s/ David K. Lietz*
David K. Lietz